266 So.2d 160

In re Paul Warren BATES

v.

STATE.

Ex parte Paul Warren Bates.

8 Div. 504.

Supreme Court of Alabama.

Aug. 31, 1972.

Charles C. King, Sullins & King, Huntsville, for petitioner.

No brief for the state.

MERRILL, Justice.

Petition of Paul Warren Bates for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Bates v. State, 266 So.2d 155.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and SOMERVILLE, JJ., concur.

272 So.2d 297

In re Wayland Earl BRYANT and Ronald Williams

v.

STATE.

Ex parte Wayland Earl Bryant and Ronald Williams.

SC 218.

Supreme Court of Alabama.

Jan. 11, 1973.

Ralph I. Knowles, Jr., Drake, Knowles & Still, University, for petitioners.

No brief for the State.

FAULKNER, Justice.

Petition of Wayland Earl Bryant and Ronald Williams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Bryant and Williams v. State, 49 Ala.App. ——, 272 So.2d 286.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.